UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:09CV01257 HEA ) |
| TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) U.S. CURRENCY, | ) ) ) |
| Defendant. | ) ) |

**DEFAULT JUDGMENT OF FORFEITURE**

Plaintiff, United States of America has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of Final Judgment by Default. Plaintiff has shown that there was reasonable cause for seizure of the defendant currency, that a complaint for forfeiture was filed, that reasonable attempts of notice were sent to the potential claimants, Cesar Andazola and Maria Zavala, and that any and all other potential claimants have been served by publication. No potential claimant has filed a claim to the defendant currency. The clerk of the Court has entered a default in this action. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED:

(1) That a judgment by default is hereby entered against the defendant currency;

(2) That all persons claiming any right, title or interest in or to the defendant currency are held in default;

(3) That the defendant currency is hereby forfeited to the United States of America; and

(4) That the defendant currency be disposed of according to law.

IT IS FURTHER ORDERED, FOUND AND CERTIFIED:

(5) That, pursuant to Title 28, United States Code, Section 2465, reasonable cause existed for the seizure of the defendant currency.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2009